IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
THEODORE GORDON,                )
                                )
      Plaintiff,                )
                                )
v.                              )    CASE NO. CV421-040
                                )
ANTHONY LOWVEL DUNBAR, EVANS    )
DELIVERY COMPANY, INC., THORNE  )
TRUCKING COMPANY, LLC, NATIONAL )
UNION FIRE INS. CO., and AIG    )
PROP. CASUALTY COMPANY,         )
                                )
      Defendants.               )
                                )
```

## O R D E R

Before the Court is Defendants' Notice of Removal. (Doc. 1.) However, the jurisdictional allegations contained in the notice of removal are insufficient to establish complete diversity between the parties. Accordingly, Defendants are **DIRECTED** to file within fourteen (14) days from the date of this order an amended notice of removal that lists the citizenships of the members of Defendant Thorne Trucking Company, LLC.

On January 11, 2021, Plaintiff Theodore Gordon filed this case in the State Court of Chatham County, Georgia. (Doc. 1, Attach. 1 at 1.) On February 9, 2021, Defendants removed the case to this Court pursuant to 28 U.S.C. §§ 1332 and 1441. (Doc. 1 at 1.) "A party removing a case to federal court based on diversity of citizenship bears the burden of establishing the citizenship of the parties." Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004) (citing Williams v. Best Buy Co., Inc., 269 F.3d 1316, 1319 (11th Cir. 2001)).

Here, Defendants, as the removing parties, have failed to adequately allege the citizenships of Defendant Thorne Trucking. In their notice of removal, Defendants simply state that "Thorne Trucking Company, LLC is a foreign LLC not registered in the State of Georgia." (Doc. 1 at 2.) For the purposes of diversity jurisdiction, a limited liability company ("LLC") is a citizen of every state in which any of its members are citizens. Rolling Greens MHP, LP, 374 F.3d at 1021-22. The United States Court of Appeals for the Eleventh Circuit has been explicit in addressing the proper method to allege sufficiently the citizenship of an LLC: "a party must list the citizenships of all the members of the limited liability company." Id. at 1022. Accordingly, Defendants' statement about Thorne Trucking's citizenship is not sufficient to establish complete diversity. As a result, Defendants are directed to file an amended notice of removal within **fourteen (14) days** from the date of this order listing all members of Defendant Thorne Trucking and their citizenships.[1]

SO ORDERED this 18th day of February 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court will not accept any amended notice of removal that incorporates by reference any factual allegation or argument contained in an earlier filing, or that offers only a piecemeal amendment. Defendants' amended notice of removal should be a stand-alone filing that independently contains all the factual allegations necessary to establish diversity between the parties.

2