# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| THEODORE GORDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV421-040 |
| | ) | |
| ANTHONY LOWVEL DUNBAR, EVANS DELIVERY COMPANY, INC., THORNE TRUCKING COMPANY, LLC, NATIONAL UNION FIRE INS. CO., and AIG PROP. CASUALTY COMPANY, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **REPORT AND RECOMMENDATION**

Defendants removed this case from the State Court of Chatham County on February 9, 2021. Doc. 1. Once removed, this case became subject to the Federal Rules of Civil Procedure. Fed. R. Civ. P. 81(c). The Federal Rules require the parties to confer, develop a proposed discovery plan, and submit a report to the Court. Fed. R. Civ. P. 26(f); *see also* doc. 2. The Local Rules of this Court require the conference to be held "by the earlier of 60 days after any defendant has been served with the complaint or 45 days after ay defendant has appeared." S.D. Ga. L.R. 26(f). The

report of the conference is to be filed within 14 days thereafter. Fed. R. Civ. P. 26(f)(2). The parties did not timely file a Rule 26(f) report, so on June 2, 2021, the Court directed the parties to show cause within 14 days why this case should not be dismissed. Doc. 12. The Court further directed the parties to conduct a Rule 26(f) conference and submit a Rule 26(f) report within 28 days of the Order and warned Plaintiff that failure to do so could result in dismissal of this case. *Id.* It has been over 60 days, and the parties have not complied. *See generally* docket.

A district court may dismiss a plaintiff's claims for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) and the court's inherent authority to manage its docket. *Link v. Wabash Railroad Company*, 370 U.S. 626 (1962); *Coleman v. St. Lucie Cty. Jail*, 433 F. App'x 716, 718 (11th Cir. 2011). Rule 41(b) allows for the involuntary dismissal of a plaintiff's claims where he has failed to prosecute those claims, comply with the Federal Rules of Civil Procedure or local rules, or follow a court order. Fed. R. Civ. P. 41(b); *see also Coleman*, 433 F. App'x at 718; *Sanders v. Barrett*, 2005 WL 2640979, at *1 (11th Cir. Oct. 17, 2005) (citing *Kilgo v. Ricks*, 983 F.2d 189, 192 (11th Cir. 1993)); *cf.* S.D. Ga. L.R. 41.1(b) ("[T]he assigned Judge may, after notice to counsel

of record, *sua sponte* ... dismiss any action for want of prosecution, with or without prejudice[,] ... [based on] willful disobedience or neglect of any order of the Court."); Fed. R. Civ. P. 37(b)(2)(A) ("If a party…fails to obey an order to provide or permit discovery, including an order under Rule 26(f)…the court where the action is pending may issue further just orders" which may include "dismissing the action or proceeding in whole or in part."). A district court's "power to dismiss is an inherent aspect of its authority to enforce its orders and ensure prompt disposition of lawsuits." *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (quoting *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983)).

Accordingly, this case should be dismissed for Plaintiff's failure to abide by the Court's prior Order, failure to comply with Federal Rule of Civil Procedure 26(f) and this Court's Local Rules, and failure to prosecute this action. Fed. R. Civ. P. 41(b); *see also* Fed. R. Civ. P. 37(b)(2)(A).

This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party

may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED,** this 10th day of August, 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA