IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

THEODORE GORDON, )
)
    Plaintiff, )
)
v. ) CASE NO. CV421-040
)
ANTHONY LOWVEL DUNBAR; EVANS )
DELIVERY COMPANY, INC.; THORNE )
TRUCKING COMPANY, LLC; NATIONAL )
UNION FIRE INS. CO.; and AIG )
PROP. CASUALTY COMPANY; )
)
    Defendants. )
)

### ORDER

Before the Court is the Magistrate Judge's August 10, 2021, Report and Recommendation (Doc. 13), to which Plaintiff has not filed objections. After a careful review of the record,[1] the report and recommendation (Doc. 13) is **ADOPTED** as the Court's opinion in this case. Plaintiff's Complaint (Doc. 1, Attach. 1) is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 3RD day of November 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court reviews de novo a magistrate judge's findings to which a plaintiff objects, and the Court reviews for clear error the portions of a report and recommendation to which a plaintiff does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam) (outlining the standard of review for report and recommendations)).