# United States District Court
## Southern District of Georgia

THEODORE GORDON,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV421-040

ANTHONY LOWVEL DUNBAR; EVANS DELIVERY COMPANY, INC.; THORNE TRUCKING COMPANY, LLC; NATIONAL UNION FIRE INS. CO.; and AIG PROP. CASUALTY COMPANY;

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated November 3, 2021 adopting the Report and Recommendation of the U.S. Magistrate Judge, the Plaintiff's Complaint is dismissed. This case stands closed.

| November 4, 2021 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *James R. Burrell* (signature) |
| | (By) Deputy Clerk |